PHILIP M. McHUGH, Appellant, v. JAMES E. JONES, Respondent.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

SADIE PEARSON et al., Appellants, v. FANRO REALTY CORPORATION, INC., Respondent. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

PURO FILTER CORPORATION OF AMERICA, Appellant, v. BLANCHE TREMBLEY, Respondent.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

JOSEPHINE S. REICHERT et al., Respondents, v. STEWARTS RESTAURANT, INC., et al., Appellants.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

AUGUSTA ROSENTHAL, Appellant, v. EMANUEL ROSENTHAL, Respondent.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

WILLIAM G. SOLOMON, Respondent, v. BROOKLYN CORNELL UTILITIES, INC., et al., Appellants.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

PALEN YORGENSON, Respondent, v. ROSARIO DeLELLO, Appellant.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ANNA AGRO, as Administratrix of the Estate of COLLOGIO AGRO, Deceased, Appellant, v. BLUE WHITE LAUNDRY CO., INC., et al., Respondents.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

ADOLPH E. DeCORTIN, Respondent, v. CHARLES H. BAKER, Appellant.— (Foreman v. Foreman, 251 N. Y. 237.) Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HELEN DiSTASIO, as Administratrix of the Estate of ARNOLD DiSTASIO, Deceased, Respondent, v. VITANTONIO CESARE, Appellant, Impleaded with Others. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

RAPHAEL H. ELMALEH CORPORATION et al., Respondents, v. JAIME SCIALOM, Appellant, Impleaded with Others.— No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.